RECEIVED

JUN 1 5 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

Mason                                    Civil Action 12-02939

versus                                   Judge Rebecca F. Doherty

Lafayette, et al                         Magistrate Judge Carol B. Whitehurst


### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, *R. 122*, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Motion For Summary Judgment [Rec. Doc. 44] on the basis of qualified immunity as to the remanded issue of the first five shots is **DENIED**.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this _15_ day of June _____, 2017.

Rebecca F. Doherty
United States District Judge